

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2015

No. 04-15-00240-CR

Mario Jesus **RAMIREZ,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10323
Honorable Ron Rangel, Judge Presiding

# O R D E R

Court reporter Amy Hinds Alvarado's request for an extension of time to complete the reporter's record is GRANTED. We ORDER Amy Hinds Alvarado to file the reporter's record on or before September 21, 2015. NO FURTHER EXTENSIONS WILL BE GRANTED.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2015.

_Keith E. Hottle_
Keith E. Hottle